IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO ARANDA,

    Plaintiff,                    No. CIV S-07-2211 FCD DAD P

    vs.

ELIZABETH MEYERS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. On November 6, 2008, the court dismissed plaintiff's complaint for failure to state a cognizable claim. Plaintiff has filed an appeal which has been processed and forwarded to the U.S. Court of Appeals for the Ninth Circuit. On November 24, 2008, plaintiff filed a document styled, "Request For Excerpts Of Record," in which plaintiff requests that the Clerk of the Court "provide plaintiff with the documents comprising the excerpts of record in this case." (Req. at 1.)

        Under Ninth Circuit Rule 30-1.2, appellants and appellees proceeding without counsel are not required to file excerpts, supplemental excerpts and further excerpts of record

/////

/////

/////

1

described in that rule.[1]  Accordingly, plaintiff's November 24, 2008 request for excerpts of record (Docket No. 15) is denied.

DATED: December 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
aran2211.rec

---

[1] Plaintiff is also advised that pursuant to Rule 10 of the Federal Rules of Appellate Procedure, all of the original papers and exhibits filed with the court in this case constitute the record on appeal.  The record will be transmitted to the Ninth Circuit upon their direction.

2